OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 13, 2005

**Edward B. Maxwell, II**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

**Josy W. Ingersoll**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

**Mary B. Graham**
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

RE:    CFMT, Inc., et al v. Yieldup Intl. Corp
       CA 95-549 JJF

Dear Counsel:

The Clerk's Office is currently in the process of preparing the above case for subsequent transfer to the National Archives and Records Center. Pursuant to the enclosed Order of the Court, *we would like counsel to claim the sealed documents mentioned in the Order by the 27ᵗʰ of July, 2005.* Please identify only sealed documents that you filed by docket item number. Documents in question have been identified on the provided docket sheet.

*If counsel does not claim the documents by the above date*, the Clerk will **unseal** any sealed documents and send them to the Records Center in accordance with the Order.

Please contact John Palumbo at 573-6170 to arrange for claiming documents. We will prepare the documents for your retrieval and contact you when they are ready for pick-up.

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

Sincerely,
Peter T. Dalleo, Clerk of Court

By:_____
Deputy Clerk

Enc.

## <u>Redacted Version of Docket Sheet</u>

## U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:95-cv-00549-JJF
## Internal Use Only

CFMT, Inc., et al v. Yieldup Intl. Corp
Assigned to: Honorable Joseph J. Farnan, Jr.
Demand: $0

Case in other court:        U.S.D.C./DE, CA95-442LON

Cause: 35:271 Patent Infringement

Date Filed: 09/11/1995
Jury Demand: Both
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**CFMT, Inc.**

represented by **Edward B. Maxwell, II**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
*TERMINATED: 05/06/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Josy W. Ingersoll**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
Email: jingersoll@ycst.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**CFM Technologies Inc**                    represented by **Edward B. Maxwell, II**
                                                        (See above for address)
                                                        *TERMINATED: 05/06/2002*
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Josy W. Ingersoll**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Yieldup International, Corp.**             represented by **Mary B. Graham**
*a California corporation*                               Morris, Nichols, Arsht & Tunnell
                                                        1201 North Market Street
                                                        P.O. Box 1347
                                                        Wilmington, DE 19899
                                                        (302) 658-9200
                                                        Email: mbgefiling@mnat.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Mattson Technologies**                    represented by **Josy W. Ingersoll**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Movant**

**Akrion LLC**                              represented by **Akrion LLC**
*a Delaware corporation*                                 PRO SE

                                                        **Mary B. Graham**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Yieldup International, Corp.**             represented by**Mary B. Graham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**CFM Technologies Inc**                represented by**Edward B. Maxwell, II**
(See above for address)
*TERMINATED: 05/06/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Josy W. Ingersoll**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/17/1996 | 46 | NOTICE by CFMT, Inc., CFM Technologies Inc to take deposition of name not stated--UNDER SEAL (bkb) (Entered: 07/24/1996) |
| 07/17/1996 | 47 | NOTICE by CFMT, Inc., CFM Technologies Inc to take deposition of name not stated--UNDER SEAL (bkb) (Entered: 07/24/1996) |
| 07/17/1996 | 48 | NOTICE by CFMT, Inc., CFM Technologies Inc to take deposition of name not stated--UNDER SEAL on (bkb) (Entered: 07/24/199 |
| 07/29/1996 | 54 | CERTIFICATE OF SERVICE by CFMT, Inc., CFM Technologies Inc re service of subpoena----SEALED (bkb) Modified on 08/02/1996 (Entered: 07/31/1996) |

| | | |
|---|---|---|
| 02/14/1997 | 74 | Appendix to Brief Filed by Yieldup Intl. Corp Appending [73-1] answer brief---SEALED (bkb) (Entered: 02/18/1997) |
| 02/19/1997 | 77 | Opening Brief Filed by Yieldup Intl. Corp [76-1] motion for Summary Judgment---SEALED (bkb) (Entered: 02/21/1997) |
| 02/19/1997 | 78 | Appendix to Brief Filed by Yieldup Intl. Corp Appending [77-1] opening brief---SEALED (bkb) (Entered: 02/21/1997) |
| 02/19/1997 | 79 | Answer Brief Filed by CFMT, Inc., CFM Technologies Inc [76-1] motion for Summary Judgment-----SEALED (bkb) (Entered: 02/21/1997) |
| 02/19/1997 | 80 | Appendix to Brief Filed by CFMT, Inc., CFM Technologies Inc Appending [79-1] answer brief---SEALED (bkb) (Entered: 02/21/1997) |
| 02/19/1997 | 81 | Reply Brief Filed by Yieldup Intl. Corp [76-1] motion for Summary Judgment----SEALED (bkb) (Entered: 02/21/1997) |
| 10/28/1997 | 108 | MOTION by CFMT, Inc., CFM Technologies Inc for Reargument of [101-1] order, [100-1] memorandum opinion Answer Brief due 11/12/97 re: [108-1] motion {SEALED}. (ntl) (Entered: 10/29/1997) |
| 02/04/1998 | 112 | SUPPLEMENTAL MEMORANDUM by CFMT, Inc., CFM Technologies Inc in support of motion for reargument {SEALED}. (ntl) (Entered: 02/05/1998) |
| 08/07/1998 | 119 | Supplemental MEMORANDUM by CFMT, Inc., CFM Technologies Inc in opposition to [76-1] motion for Summary Judgment {SEALED}. (ntl) (Entered: 08/10/1998) |
| 08/07/1998 | 120 | Appendix to Brief Filed by CFMT, Inc., CFM Technologies Inc Appending D.I. 119 {SEALED}. (ntl) (Entered: 08/10/1998) |
| 08/07/1998 | 121 | Response to CFM's Supplemental Opposition to Yieldup's Motion for Summary Judgment Filed by Yieldup Intl. Corp {SEALED}. (ntl) (Entered: 08/31/1998 |
| 08/07/1998 | 122 | Appendix to Brief Filed by Yieldup Intl. Corp Appending [121-1] reply brief {SEALED}. (ntl) (Entered: 08/31/1998) |
| 08/07/1998 | 123 | Declaration of Werner Kern in reply to CFM's supplemental opposition to Yieldup's motion for summary judgment {SEALED}. (ntl) (Entered: 08/31/1998) |
| 08/07/1998 | 124 | Declaration of Raj Mohindra in response to CFM's supplemental opposition to Yieldup's motion for summary judgment {SEALED}. (ntl) (Entered: 08/31/1998) |

| 07/16/1999 | 129 | Letter to Judge McKelvie from Josy Ingersoll, Esq. dated 7/16/99 {SEALED}. (ntl) (Entered: 07/19/1999) |
|---|---|---|
| 08/05/1999 | 130 | Letter to Judge McKelvie from Mary Graham, Esq. dated 8/5/99 {SEALED}. (ntl) (Entered: 08/05/1999) |
| 08/10/1999 | 131 | Letter from Josy Ingersoll, Esq. to Judge McKelvie dated 8/10/99 {SEALED}. (ntl) (Entered: 08/11/1999 |
| 01/06/2000 | 133 | Letter from Josy Ingersoll, Esq. to Judge McKelvie dated 1/6/00 {SEALED}. (ntl) (Entered: 01/07/2000) |
| 04/19/2000 | 135 | Letter from Mary B. Graham, Esq. to Judge McKelvie dated 4/19/00 {SEALED}. (ntl) (Entered: 04/19/2000 |
| 05/31/2000 | 136 | Letter from Josy Ingersoll, Esq. to Judge McKelvie dated 5/31/00 {SEALED}. (ntl) (Entered: 06/01/2000) |
| 06/01/2000 | 137 | Letter from C. Wright, Esq. to clerk re D.I. 136 to be filed under seal. (ntl) (Entered: 06/01/2000) |
| 07/09/2002 | 166 | Answer Brief Filed by Yieldup Intl. Corp [161-1] motion to Dismiss, [161-2] motion to Strike fourth defense and cntrclms one and three {SEALED}. (ntl) (Entered: 07/10/2002) |
| 07/09/2002 | 168 | Opening Brief Filed by Yieldup Intl. Corp [167-1] motion for Summary Judgment that both patents in suit are unenforceable for inequitable conduct {SEALED}. (ntl) (Entered: 07/10/2002) |
| 08/13/2002 | 179 | Reply Brief Filed by Yieldup Intl. Corp [167-1] motion for Summary Judgment that both patents in suit are unenforceable for inequitable conduct {SEALED}. (ntl) (Entered: 08/13/2002) |
| 12/23/2002 | 217 | Exhibit J Filed by CFMT, Inc., CFM Technologies Inc to the Joint Appendix [216-1]. (SEALED) (afb) (Entered: 12/30/2002) |
| 01/07/2003 | 222 | Reply Brief Filed by Yieldup Intl. Corp, Akrion, LLC in support of [211-1] motion to Stay Civil Action NO. 02-1614-JJF pending disposition of Civil Action No. 95-549-JJF. (SEALED) (afb) (Entered: 01/09/2003) |
| 08/01/2003 | 230 | MOTION by CFMT, Inc., CFM Technologies Inc to Compel Yieldup to Respond to Interrogs. Answer Brief due 8/15/03 re: [230-1] motion (SEALED) (afb) (Entered: 08/04/2003) |
| 08/01/2003 | 233 | MOTION by CFMT, Inc., CFM Technologies Inc to Compel Yieldup to Respond to Requests for Admission Answer Brief due 8/15/03 re: [233-1] motion (SEALED) (afb) (Entered: 08/04/2003) |
| 08/01/2003 | 234 | Appendix Filed by CFMT, Inc., CFM Technologies Inc to CFM's Motions DI #230-233. (SEALED) (afb) (Entered: 08/04/2003) |