OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

8/3/05

Mary B. Graham
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

RE:   **CFMT Inc., et al v. Yieldup Intl. Corp.**
      CA 95-549 JJF

Dear Counsel:

Pursuant to the Order entered on 6/29/05 by the Honorable Joseph J. Farnan, Jr., the following documents are herewith being returned to you:

ITEMS:   121 and 179.

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: Beth Rinas

I hereby acknowledge receipt of the above mentioned documents on 8/3/05.

_____
Signature