OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

8/3/05

Josy W. Ingersoll
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

RE: **CFMT Inc., et al v. Yieldup Intl. Corp.**
CA 95-549 JJF

Dear Counsel:

Pursuant to the Order entered on 6/29/05 by the Honorable Joseph J. Farnan, Jr., the following documents are herewith being returned to you:

ITEMS:  46, 47, 48, 54, 79, 80, 108, 112, 119, 120, 129, 131, 133, 136, 171, 217, 230, 233, and 234.

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: _Beth Dinan_

I hereby acknowledge receipt of the above mentioned documents on 8/3.

_Patrick Boyer_
Signature