OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

June 28, 2006

**Mary B. Graham**
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

      RE:    CFMT Inc., et al v. YieldUP Intl Corp.
              CA 95-549 RRM

Dear Counsel:

    The Clerk's Office is currently in the process of returning Trial Exhibits in Judge McKelvie's closed cases. Recently, we found a plastic box containing a metallic wafer disk and we would like to return it to you. Please contact the undersigned to schedule pick-up of these exhibits.

    ***If counsel does not place their order to claim Exhibits by July 12, 2006*, the Clerk will destroy any unclaimed exhibits.**

    Please contact Bob Cruikshank at 573-6623 to arrange claiming/pick-up of exhibits. We will prepare the exhibits for your retrieval and contact you when they are ready for pick-up.

              Sincerely,

          By: _____
              Bob Cruikshank
              Deputy Clerk