OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

PETER T. DALLEO
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 13, 2006

**Mary B. Graham**
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

RE: <u>CFMT Inc., et al v. YieldUP Intl Corp.</u>
CA 95-549 RRM

Dear Counsel:

I am returning to you one exhibit consisting of a plastic box containing a metallic wafer disk. Please acknowledge receipt of said exhibits on the copy of this letter.

Sincerely,

**Peter T. Dalleo**
Clerk of the Court

I hereby acknowledge receipt of the above exhibits on July 10, 2006

_____
Signature

/rc